## UNDERHILL *v.* PATTON.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF ILLINOIS.

No. 199. Argued April 25, 1870. — Decided April 30, 1870.

*Little* v. *Herndon*, 10 Wall. 26, followed.
*Long* v. *Patton, ante*, 573, followed.

THE case is stated in the opinion.

MR. JUSTICE NELSON delivered the opinion of the court.

This is a writ of error to the Circuit Court of the United States for the Northern District of Illinois.

The suit in ejectment was brought by Mrs. Patton against Under-

hill, in the court below, to recover possession of the south half of section 22, township 27 north, range 13 west.

All the questions in this case are disposed of in the cases of *Little* v. *Herndon*, 10 Wall. 26, and *Long* v. *Patton, ante*, 573.

*Judgment affirmed.*

*Mr. B. C. Cook* for plaintiff in error.

*Mr. Conway Robinson* for defendant in error.